THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
      *v.* ANTONIO VANILLA, Appellant.

*Crimes — robbery in first degree — judgment of conviction affirmed.*

   *People v. Vanilla,* 209 App. Div. 908, affirmed.

   (Argued December 7, 1925; decided January 12, 1926.)

APPEAL from a judgment of the Appellate Division
of the Supreme Court in the second judicial department,
entered July 3, 1924, which affirmed a judgment of the
Kings County Court, rendered upon a verdict convicting
the defendant of the crime of robbery in the first degree
as a second offender.

   *George Gordon Battle* for appellant.

   *Charles J. Dodd, District Attorney (Henry J. Walsh*
of counsel), for respondent.

   Judgment affirmed; no opinion.

   Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-
LIN, CRANE, ANDREWS and LEHMAN, JJ.